United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Howard Cohan, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-62308-Civ-Scola |
| | ) | |
| CRO-SSRH Development, L.P. | ) | |
| d/b/a III Forks, Defendant. | | |

### **Order Of Dismissal**

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal With Prejudice, ECF No. 11). The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on December 5, 2016.

Robert N. Scola, Jr.
United States District Judge